SIMON SILVERSTEIN *vs.* THOMAS F. GALLAHER.

### First Judicial District.

#### Argued May 2—decided June 9th, 1905.

ACTION to recover for the use and occupation of real estate, and damages for a breach of a contract of lease,

brought to and tried by the City Court of Hartford, *Morse, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff.   *No error.*

*Sidney E. Clarke,* for the appellant (plaintiff).

*Joseph P. Tuttle,* for the appellee (defendant) was stopped by the court.

Opinion filed with the clerk of the City Court of Hartford.